UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

□ ORIGINAL

- - - - - - - - - - - - - - - - - - x
                           :

UNITED STATES OF AMERICA           :     **ORDER OF CONTINUANCE**
                           :

         - v. -             :
                           :     19 Mag. 8641

ZHONGSAN LIU,                  :

           Defendant.      :

                           :

- - - - - - - - - - - - - - - - - - x

Upon the application of the United States of America and the affirmation of Gillian Grossman, Assistant United States Attorney for the Southern District of New York, it is found that the defendant was charged with a violation of 18 U.S.C. §§ 371 and 1546, in a complaint dated September 13, 2019;

It is further found that the defendant was arrested on September 16, 2019, in the Southern District of New York, and was presented before the Honorable Ona T. Wang on September 16, 2019;

It is further found that the defendant was released on conditions including a $500,000 personal recognizance bond, home detention, electronic monitoring, travel restricted to the Southern and Eastern Districts of New York and the District of New Jersey, the surrender of travel documents and no new applications, and pretrial supervision as directed; and that Raymond Wong, Esq., has been retained as defense counsel;

2

It is further found that, under the Speedy Trial Act, the Government was initially required to file an indictment or information on or before October 16, 2019;

It is further found that Mr. Wong, counsel for defendant, and Assistant United States Attorney Gillian Grossman have been engaged in, and are continuing, discussions concerning a possible disposition of this case;

It is further found that the Government has requested a continuance of 30 days to engage in further discussions with counsel about the disposition of this case and that the defendant, through counsel, has consented that such a continuance may be granted for that purpose and has specifically waived his right to be charged in an indictment or information for an additional 30 days; and

It is further found that the granting of such a continuance best serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial; and therefore it is

ORDERED that the request for a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) is hereby granted until November 18, 2019, and that a copy of this Order and the affirmation of Assistant United States Attorney Gillian Grossman be served by mail on this date on counsel for the defendant by the United States Attorney's Office.

3

Dated:   New York, New York
         October 16, 2019

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK